IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILLIP BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-00974-MAB |
| | ) |
| MENARD CORRECTIONAL CENTER, ET AL., | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated November 7, 2019, Defendant Menard Correctional Center was DISMISSED with prejudice (Doc. 7).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated May 17, 2021, Defendant Trace A. Brown was DISMISSED with prejudice from this action (Doc. 51). Accordingly, this action was DISMISSED with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 17, 2021

                                                            **MARGARET M. ROBERTIE,**
                                                            **Clerk of Court**

                                                            BY: _/s/ *Jennifer Jones*_
                                                                     **Deputy Clerk**

APPROVED: _/s/ Mark A. Beatty_
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**